C-13-15(a)Motion  
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: Michael D. Hall | ) | **Motion and Notice** |
| Darlene A. Hall | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-09-80039 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On May 18, 2009, the Debtors' plan was confirmed. Durham County Tax Collector ("Durham County") has filed a claim in the amount of $4,219.35 representing post-petition real property taxes for tax years 2009-2011.

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtors' plan as follows: 1) Durham County shall be allowed a secured claim in the amount of $4,219.35 payable with interest at the rate of 9% per annum in equal monthly installments of $142.00; and 2) the Debtors' plan payments shall be increased to $750.00 per month effective September, 2011, to accommodate the claim of Durham County.

Date: August 1, 2011                            s/Richard M. Hutson, II  
    ej                                                                                    Standing Trustee

------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before September 1, 2011,     with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on  September 13, 2011,     at 11:00 a.m., in the following location:

*Courtroom, Venable Center*  
*Dibrell Building – Suite 280*  
*302 East Pettigrew Street*  
*Durham, NC 27701*

Date: August 1, 2011                                                                        OFFICE OF THE CLERK  
                                                                                                                   U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**09-80039 C-13D**

Michael D. Hall
Darlene A. Hall
5310 Stardust Dr.
Durham, NC  27712

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Durham County Tax Collector
Attn.:  Managing Agent
PO Box 3397
Durham, NC  27702