FILED AUG 12'11 AM 9:02 USBC-GRO

August 8, 2011

United States Bankruptcy Court

Re: Michael & Darlene Hall B-09-80039 C-13D

Durham County Tax Collector Claim 2009-2011

To whom it may concern:

We are writing this objection for the claim noted above. We have reviewed our files and we also contacted the Durham County Tax office and the records show that we are current on our property taxes. They were paid in October 2009, and November 2010, the ones for 2011 are not due until November 2011.

Can someone please contact us regarding this objection? Our mortgage is escrowed and the taxes are paid each year. So yes we are objecting the claim, we want to make sure out payment is not increased for September 2011.

The phone numbers are 919 452-2060 (Darlene cell#) or 919 491-0112 (Michael cell#) or the home number 919-620-7372.

Sincerely,

Michael Hall
Darlene Hall